**FIFTH DIVISION**
**MCFADDEN, C. J.,**
**DOYLE, P. J., and HODGES, J.**

**NOTICE: Motions for reconsideration must be**
*physically received* **in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**November 21, 2019**

# In the Court of Appeals of Georgia

A17A0735. HUGHES v. FIRST ACCEPTANCE INSURANCE
COMPANY OF GEORGIA, INC.

MCFADDEN, Chief Judge.

In *First Acceptance Ins. Co. of Ga. v. Hughes*, 305 Ga. 849 (826 SE2d 71)
(2019), the Georgia Supreme Court reversed this court's decision in *Hughes v. First
Acceptance Ins. Co. of Ga.*, 343 Ga. App. 693 (808 SE2d 103) (2017) reversing the
trial court's grant of summary judgment to the insurer on the insured's failure-to-
settle claim. Accordingly, our decision reversing the grant of summary judgment to
the insurer is vacated and the judgment of the Supreme Court is made the judgment
of this court.

*Judgment affirmed. Gobeil and Coomer, JJ., concur.*